# United States Bankruptcy Court
# Eastern District of Louisiana

To: Frederick and Willie Banks　　　　　　　　　　　　Case Number:　10-10025

Debtor(s):　Frederick and Willie Banks　　　　　　　　Chapter:　7

## NOTICE OF DEFICIENCY

The bankruptcy case is deficient because the debtor did not file a Certificate of Credit Counseling. The Certificate of Credit Counseling for the debtor (or each debtor in a joint petition) must be filed within 14 days.

If the certificate(s) is not filed within 14 days, the case will be dismissed without notice and hearing.

　　　　　　　　　　　　　　　　　　　　　By: Kathy Whyte
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: January 7, 2010